## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> AMBER L. DIECKHOFF, ) <br> ) <br> Defendant. ) <br> ) | 4:11MJ3062 <br><br> DETENTION ORDER <br><br> COMPLAINT |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 5 (d)(3),

IT IS ORDERED,

1) The above-named defendant shall be detained pending the preliminary hearing in this case.

2) A preliminary hearing will be held on **January 18, 2012 at 3:30 p.m.** before the undersigned magistrate judge. Counsel for the government, defense counsel, and the defendant shall attend the hearing.

December 28, 2011                BY THE COURT:

                                 *s/Cheryl R. Zwart*
                                 Cheryl R. Zwart
                                 United States Magistrate Judge